

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 18cr1749-GPC |
|---|---|
| Plaintiff, | Judgment and |
| v. | **ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE** |
| MIGUEL NAVARRO-CASILLAS, | |
| Defendant. | |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Information in this case is hereby dismissed without prejudice.

DATED: April 5, 2018

**SO ORDERED.**

_____
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE